*June 21, 1938.*

ESTATE OF HAGER: BENISHEK, Respondent, vs. HAGER and others, Appellants.

For the appellants: *John R. Cashman* of Manitowoc, and *Dicke & Fischer* of Two Rivers.

For the respondent: *A. D. Strouf* of Manitowoc.

*By the Court.*—Judgment affirmed.

SCHLUETER and another, Appellants, vs. WHEALON and others, Respondents.

For the appellants: *Samuel E. Gross* of Milwaukee, and *John E. O'Brien* of Fond du Lac.

For the respondents: *Duffy, Duffy & Hanson* of Fond du Lac.

*By the Court.*—Judgment affirmed.

WILL OF ELSEN: ELSEN, Respondent, vs. ELSEN, Executor, Appellant.

For the appellant: *Baldwin & Bosshard* and *R. E. Nietsch,* all of La Crosse.

For the respondent: *Brody & Crosby* and *George H. Gordon, Law & Brody,* all of La Crosse.

*By the Court.*—Order affirmed.